FILED

JUL 3 0 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARCUS A. NICKELBERRY, | ) | No. C 13-02486 EJD (PR) |
|---|---|---|
| Petitioner, | ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |
| v. | ) | |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

On June 3, 2013, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On the same day, the Clerk sent a notice to Petitioner that a filing fee of $5.00 was due or in the alternative, that Petitioner must file an In Forma Pauperis ("IFP") Application within twenty-eight days of the notice to avoid dismissal of the action. (Docket No. 3.) Petitioner has filed a letter stating that he has been attempting to obtain a six month certification from the trust office but due to unknown circumstances it has not been provided to him. (Docket No. 4.)

In the interest of justice, the Court construes Petitioner's letter as a motion for an extension of time to file an IFP Application and hereby **GRANTS** the motion. Petitioner must file a complete IFP Application **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, Petitioner may file the $5.00 filing

Order Granting Mot. for Ext. of Time to file IFP Application
G:\PRO-SE\EJD\HC.13\02486Nickelberry_eot-ifp.wpd

1  fee in the same time provided.

2  **Failure to file a timely response in accordance with this order by filing a**
3  **complete IFP application or paying the filing fee will result in the dismissal of this**
4  **action without further notice to Petitioner.**

5  DATED: __7/29/13__                           _____
                                                 EDWARD J. DAVILA
6                                                United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARCUS A. NICKELBERRY,

    Petitioner,

v.

STATE OF CALIFORNIA,

    Respondent.

Case Number CV 11-06301 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/30/13, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

Marcus A. Nickelberry
AF1955
Los Angeles Metropolitan Detention Center
Inmate Mail/Parcels
P.O. BOX 4490
Los Angeles, CA 93539

DATED: 7/30/13

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk